UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:26-mj-00050 |
| | : | |
| v. | : | |
| | : | |
| JESSE WHITE | : | |
| | : | (Magistrate Judge Schwab) |
| Defendant | : | |

## ORDER

Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, Meredith Gallen is appointed to represent the defendant in all proceedings arising from the within Complaint.

_**S/Susan E. Schwab**_
Susan E. Schwab
United States Magistrate Judge

Dated: July 21, 2026